FILED: March 21, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1273
(8:25-cv-00462-TDC)

_____

J. DOES 1-26

        Plaintiff - Appellee

v.

ELON MUSK, in his official capacity; UNITED STATES DOGE SERVICE; DEPARTMENT OF GOVERNMENT EFFICIENCY

        Defendants - Appellants

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:25-cv-00462-TDC |
| Date notice of appeal filed in originating court: | 03/21/2025 |
| Appellants | Elon Musk, United States DOGE Service, Department of Government Efficiency |
| Appellate Case Number | 25-1273 |
| Case Manager | Cyndi Halupa<br>804-916-2704 |