**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 21, 2025

_____

RESPONSE REQUESTED

_____

No. 25-1273,   J. Does 1-26 v. Elon Musk
                    8:25-cv-00462-TDC

TO:     J. Does 1-26

RESPONSE DUE: BY 10:00 A.M. ON 03/24/2025

Response is required to the motion for stay pending appeal on or before 10:00 a.m. on 03/24/2025.

Cyndi Halupa, Deputy Clerk
804-916-2704