FILED: March 27, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-1273
(8:25-cv-00462-TDC)

J. DOES 1-26

    Plaintiff - Appellee

v.

ELON MUSK, in his official capacity; UNITED STATES DOGE SERVICE; DEPARTMENT OF GOVERNMENT EFFICIENCY

    Defendants - Appellants

O R D E R

On the defendants' motion for an administrative stay, the court orders that the district court's preliminary injunction dated March 18, 2025, as clarified by its order dated March 20, 2025, be stayed and hereby is stayed until the close of business on Friday, March 28, 2025.

For the Court

/s/ Nwamaka Anowi, Clerk