IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

J. DOE 1, et al.,

      *Plaintiffs-Appellees*

v.            No. 25-1273

ELON MUSK, et al.,

      *Defendants-Appellants*.

_____

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL AND SUBSTITUTE COUNSEL

Pursuant to Federal Rule of Appellate Procedure 27 and Local Rule 46(C), the government respectfully requests that this Court withdraw the appearance of attorney Graham White. After March 28, 2025, Mr. White will no longer be working at the Department of Justice. The government further requests that this Court substitute Cynthia A. Barmore as counsel of record. Per Local Rule 46(c), Ms. Barmore's appearance of counsel form is attached to this motion.

## CONCLUSION

For the foregoing reasons, this Court should withdraw the appearance of attorney Graham White and substitute Cynthia A. Barmore as counsel of record.

Respectfully submitted,

MARK R. FREEMAN
ABBY C. WRIGHT
ADAM C. JED
<u>s/ Graham White</u>
GRAHAM WHITE
  (202) 514-4052
  *Attorneys, Appellate Staff*
  *Civil Division*
  *U.S. Department of Justice*
  *950 Pennsylvania Ave., NW, Rm. 7230*
  *Washington, DC 20530*

MARCH 2025

2

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 96 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f). I further certify that this motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared using Microsoft Word 2013 in a proportionally spaced typeface, 14-point Times New Roman font.

                                                                s/ Graham White
                                                                 Graham White

# CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2025, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. I further certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*s/ Graham White*
GRAHAM WHITE