FILED: March 28, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1273
(8:25-cv-00462-TDC)

_____

J. DOES 1-26

   Plaintiff - Appellee

v.

ELON MUSK, in his official capacity; UNITED STATES DOGE SERVICE; DEPARTMENT OF GOVERNMENT EFFICIENCY

   Defendants - Appellants

_____

O R D E R

_____

   The court grants the motion of Graham White to withdraw from further representation on appeal.

             For the Court--By Direction

             /s/ Nwamaka Anowi, Clerk