IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| J. DOES 1-26, | |
|---|---|
| Plaintiff-Appellees, | |
| v. | No. 25-1273 |
| ELON MUSK, et al. | |
| Defendants-Appellants. | |

**MOTION TO WITHDRAW**

Pursuant to Circuit Rule 46(c), defendants-appellants respectfully request that Abby Wright be permitted to withdraw as counsel in this appeal because Ms. Wright is leaving the U.S. Department of Justice. Defendants-appellants will continue to be represented by Adam Jed, Cynthia Barmore, and other Department of Justice attorneys.

                                  Respectfully submitted,

                                   */s/ Abby C. Wright*  
                                ABBY C. WRIGHT  
                                (202) 514-0664  
                                    Attorneys, Appellate Staff  
                                    Civil Division  
                                    U.S. Department of Justice  
                                    950 Pennsylvania Ave. NW  
                                    Room 7517  
                                    Washington, D.C. 20530  
                                    abby.wright@usdoj.gov

APRIL 2025

**CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rule of Appellate Procedure 32(g), I hereby certify this motion complies with the requirements of Rule 27(d)(1)(E) because it has been prepared in 14-point Georgia, a proportionally spaced font, and that it complies with the type-volume limitation of Rule 27(d)(2)(A) because it contains 105 words, according to the count of Microsoft Word.

/s/ *Abby C. Wright*
ABBY C. WRIGHT