FILED: April 3, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1273
(8:25-cv-00462-TDC)

_____

J. DOES 1-26

        Plaintiff - Appellee

v.

ELON MUSK, in his official capacity; UNITED STATES DOGE SERVICE; DEPARTMENT OF GOVERNMENT EFFICIENCY

        Defendants - Appellants

_____

O R D E R

_____

The court grants the motion of Abby Wright to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk