# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | Does 1-26 v. Musk, No. 25-1273 |
| **Originating No. & Caption** | Does 1-26 v. Musk, No. 8:25-cv-00462-TDC (D. Md.) |
| **Originating Court/Agency** | U.S. District Court for the District of Maryland |

| **Jurisdiction** (answer any that apply) | | | |
|---|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. 1292(a) | | |
| Time allowed for filing in Court of Appeals | 60 days | | |
| Date of entry of order or judgment appealed | 3/18/25 and 3/20/25 | | |
| Date notice of appeal or petition for review filed | 3/21/25 | | |
| If cross appeal, date first appeal filed | | | |
| Date of filing any post-judgment motion | 3/19/25 | | |
| Date order entered disposing of any post-judgment motion | 3/20/25 | | |
| Date of filing any motion to extend appeal period | | | |
| Time for filing appeal extended to | | | |
| Is appeal from final judgment or order? | | ○ Yes | ⦿ No |
| If appeal is not from final judgment, why is order appealable? <br> The appeal is from a preliminary injunction | | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | | |
|---|---|---|---|
| Is settlement being discussed? | | ○ Yes | ⦿ No |

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ○ Yes | ◉ No |
| Has transcript been filed in district court? | ○ Yes | ○ No |
| Is transcript order attached? | ○ Yes | ◉ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | | |
| Case number of any pending appeal in same case | | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ◉ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ◉ Yes | ○ No |
| Does case involve question of first impression? | ◉ Yes | ○ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ◉ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| **Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| Plaintiffs challenge various actions allegedly taken with respect to the U.S. Agency for International Development by Elon Musk, in his official capacity, the U.S. Department of Government Efficiency Service, and certain other persons acting at their direction. |

**Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary)

1. Whether Elon Musk is an Officer of the United States who must be appointed by the President and confirmed by the Senate.

2. Whether an assortment of actions taken with respect to the U.S. Agency for International Development violates the separation of powers.

3. Whether plaintiffs have established a sufficient irreparable injury and balance of equities to warrant a preliminary injunction.

**Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.)

| Adverse Party: J. Does 1-26 | Adverse Party: |
|---|---|
| Attorney: Norman L. Eisen<br>Address: State Democracy Defenders Fund<br>Unit 15180<br>600 Pennsylvania Avenue SE<br>Washington, DC 20003 | Attorney:<br>Address: |
| E-mail: norman@statedemocracydefenders.org | E-mail: |
| Phone: 202-601-8678 | Phone: |

**Adverse Parties (continued)**

| Adverse Party: | Adverse Party: |
|---|---|
| Attorney:<br>Address: | Attorney:<br>Address: |
| E-mail: | E-mail: |
| Phone: | Phone: |

| **Appellant** (Attach additional page if necessary.) ||
| --- | --- |
| Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |
| **Appellant (continued)** ||
| Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

**Signature:** s/ Adam Jed                    **Date:** 4/4/25

**Counsel for:** Elon Musk, et al., Defendants-Appellants

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

| | |
| --- | --- |
| | |
| Signature: | Date: |