# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 27, 2025

_____

RESPONSE REQUESTED

_____

No. 25-1273,     <u>J. Does 1-26 v. Elon Musk</u>
                     8:25-cv-00462-TDC

TO:     J. Does 1-26

RESPONSE DUE: 06/06/2025

Response is required to the motion to vacate briefing schedule and hold appeal in abeyance, or alternatively, to extend the briefing deadline on or before 06/06/2025.

Cyndi Halupa, Deputy Clerk
804-916-2704