FILED: June 9, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1273
(8:25-cv-00462-TDC)

_____

J. DOES 1-26

      Plaintiff - Appellee

v.

ELON MUSK, in his official capacity; UNITED STATES DOGE SERVICE; DEPARTMENT OF GOVERNMENT EFFICIENCY

      Defendants - Appellants

_____

O R D E R

_____

Upon consideration of the submissions relative to appellants' motion for abeyance, the motion for abeyance is granted. This Court shall hold the above-captioned appeal in abeyance for the district court to resolve the motion to dismiss or otherwise issue any subsequent appealable order. The parties are directed to file a status update with this Court within 30 days of the entry of this order and every 30 days thereafter.

      For the Court

      /s/ Nwamaka Anowi, Clerk