FILED: October 2, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 25-1273
(8:25-cv-00462-TDC)

———————————

J. DOES 1-26

    Plaintiff - Appellee

v.

ELON MUSK, in his official capacity; UNITED STATES DOGE SERVICE; DEPARTMENT OF GOVERNMENT EFFICIENCY

    Defendants - Appellants

———————————

O R D E R

———————————

Upon consideration of appellants' unopposed motion for a stay of status update schedule in light of lapse of appropriations, the court grants the motion and suspends the filing of status update reports pending further order of the court.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk