FILED: November 17, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1273
(8:25-cv-00462-TDC)

_____

J. DOES 1-26

   Plaintiff - Appellee

v.

ELON MUSK, in his official capacity; UNITED STATES DOGE SERVICE; DEPARTMENT OF GOVERNMENT EFFICIENCY

   Defendants - Appellants

_____

O R D E R

_____

  The parties are directed to file a status update with this Court within 30 days of the entry of this order and every 30 days thereafter.

       For the Court--By Direction

       /s/ Nwamaka Anowi, Clerk