**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

| | |
|---|---|
| J. DOES 1-26,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>ELON MUSK, in his official capacity; UNITED STATES DOGE SERVICE; DEPARTMENT OF GOVERNMENT EFFICIENCY,<br><br>Defendants-Appellants. | No. 25-1273 |

**JOINT STATUS REPORT**

On June 9, 2025, the Court granted the government's motion to hold this appeal in abeyance "for the district court to resolve the motion to dismiss or otherwise issue any subsequent appealable order" and directed the parties to file regular status reports.

The district court denied the government's motion to dismiss on August 13, 2025. The government moved for leave to pursue an interlocutory appeal under 28 U.S.C. § 1292(b) and to stay discovery, and the district court denied the motion. The government then moved for a protective order to preclude depositions of Elon Musk, Peter Marocco, and Jeremy Lewin, and the court denied that motion as well. The government filed a petition for a writ of mandamus in this Court regarding the protective order. On March 4, 2026, this Court granted the petition and "direct[ed]

that the district court grant petitioners' motion for a protective order at this time." Order at 6. Since then, discovery remains ongoing in district court.

The government respectfully requests that this Court continue to hold this appeal in abeyance pending further developments in district court.

Respectfully submitted,

/s/ Pooja Chaudhuri
Pooja Chaudhuri
Tianna J. Mays*
Norman L. Eisen*
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958
Pooja@statedemocracydefenders.org
Norman@statedemocracydefenders.org
Tianna@statedemocracydefenders.org

Mimi Marziani*
Rebecca (Beth) Stevens*
Joaquin Gonzalez*
MARZIANI, STEVENS & GONZALEZ PLLC
500 W. 2nd Street, Suite 1900
Austin, TX 78701
Tel: (210) 343-5604
mmarziani@msgpllc.com
bstevens@msgpllc.com
jgonzalez@msgpllc.com

Richard M. Heimann*
Nicole M. Rubin*
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel: (415) 956-1000

**admissions application forthcoming*

*Counsel for Plaintiffs-Appellees*

MARK R. FREEMAN
MELISSA N. PATTERSON

/s/ Cynthia Barmore
CYNTHIA BARMORE
*Attorneys*
*Civil Division, Appellate Staff*
*U.S. Department of Justice*
*950 Pennsylvania Ave., N.W.*
*Washington, D.C. 20530*
*202-305-1754*
*cynthia.a.barmore@usdoj.gov*

*Counsel for Defendants-Appellants*

SEPTEMBER 2026

**CERTIFICATE OF COMPLIANCE**

I hereby certify that this document complies with the word limit of Federal Rule of Appellate Procedure 27(d) because it has been prepared in 14-word Times New Roman, a proportionally spaced font, and it contains 184 words according to the count of Microsoft Word.

/s/ *Cynthia Barmore*
CYNTHIA BARMORE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2026, I filed and served the foregoing by causing a copy to be electronically filed with the Clerk of Court via the appellate CM/ECF system.

/s/ *Cynthia Barmore*
CYNTHIA BARMORE